UNITED STATES DISTRICT COURT

DISTRCT OF NEVADA

| | |
|---|---|
| MARIA BUONANNO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　　Defendants. | Case No: 2:10-cv-00861-HDM-LRL<br><br>ORDER GRANTING<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//

//

//

//

//

//

//

//

- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

or her own costs and attorney's fees.

DATED this 20th day of July, 2011.    DATED this 27th day of July, 2011.

**NETTLES LAW FIRM**    **PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Stacey Upson    /s/ Brenda Entzminger
Stacey A. Upson, Esq.    Brenda H. Entzminger
1389 Galleria Drive, Suite 110    504 South Ninth Street
Henderson, Nevada 89014    Las Vegas, Nevada 89101
(702) 434-8282    (702) 938-1510

*Attorneys for Plaintiff*    *Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 28th day of July, 2011.

_____
**DISTRICT COURT JUDGE**